## ATTACHMENT A

## COUNT ONE

1. The overt acts referred to in this Complaint were committed in Mexico, outside the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States and, therefore pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.

2. From at least on or about November 7, 2012, through on or about February 18, 2014, defendant **Leonardo SILVA**, and others unlawfully, willfully, and knowingly combined, conspired, confederated, and agreed with one another in Mexico to defraud the United States in violation of Title 18, United States Code, Section 371.

3. The goal of the conspiracy was for defendant **Leonardo SILVA** and others to defraud a U.S. government agency by obstructing the operation of that agency through deceit and other dishonest means.

4. Defendant **Leonardo SILVA** and others used the following manner and means, among others, to accomplish the object and goal of the conspiracy:

    a. Defendant **Leonardo SILVA** knowingly and intentionally provided false information to the Department of State with the goal of having this U.S. government agency rely on this information to revoke a Mexican national's U.S. visa.

    b. When questioned about the information he provided, defendant **Leonardo SILVA** repeatedly knowingly and intentionally made false statements to Department of State employees about the Mexican national in an effort to ensure revocation of this individual's U.S. visa.

5. In furtherance of the aforesaid conspiracy and to accomplish the object thereof, defendant **Leonardo SILVA** committed the following overt acts, among others:

    a. On or about November 7, 2012, defendant **Leonardo SILVA** sent an email to a Department of State employee in Monterrey, Mexico, requesting that a Mexican national's U.S. visa be revoked, falsely claiming that this individual used cocaine.

b. On or about February 6, 2013, defendant **Leonardo SILVA**, in furtherance of the effort to revoke this Mexican national's U.S. visa, sent additional emails to a Department of State employee in Monterrey, Mexico, falsely claiming that the Mexican national was a heavy cocaine user; involved in the distribution of cocaine; and a member of a well-known criminal organization in Mexico.

(**Conspiracy to Defraud the United States**, in violation of Title 18, United States Code, Section 371)

## COUNT TWO

1. Paragraph One of Count One of this Complaint is hereby incorporated by reference as if fully realleged and restated herein.

2. In or around April 2013, defendant **Leonardo SILVA**, while in Mexico, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely certifying in a Department of Justice database that he worked eight hours for the Drug Enforcement Administration on April 3, 2013. The certification was false because, as **SILVA** then and there knew, he had not worked eight hours that day.

(**False Statement**, in violation of Title 18, United States Code, Section 1001)

## COUNT THREE

1. Paragraph One of Count One of this Complaint is hereby incorporated by reference as if fully realleged and restated herein.

2. On or about the February 18, 2014, defendant **Leonardo SILVA**, while in Mexico, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely certifying on a Department of Justice form that he had received no travel reimbursements in 2013 totaling more than $350 from any one source. The certification was false because, as **SILVA** then and there knew, he had flown on 27 private flights in 2013 and not paid the commercial value of each of these flights, each of which was valued at over $350.

(**False Statement**, in violation of Title 18, United States Code, Section 1001)